# U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

| | | |
|---|---|---|
| In the Matter of<br>DANIEL B. MCDONALD<br>V.<br>STRATA G, LLC and DANIEL H. HURST, Individually | Case Number: | FILED: JULY 18, 2008<br>08CV4088<br>JUDGE GETTLEMAN<br>MAGISTRATE JUDGE NOLAN<br>RCC |

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

(In the space below, enter the name of the party or parties being represented)

STRATA G, LLC and DANIEL H. HURST, Individually

---

NAME (Type or print)
John P. Lynch

SIGNATURE (Use electronic signature if the appearance form is filed electronically)
s/ John P. Lynch

FIRM Cremer Kopon Shaughnessy & Spina, LLC

STREET ADDRESS 180 North LaSalle Street, Suite 3300

CITY/STATE/ZIP Chicago, Illinois 60601

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) 6198763 | TELEPHONE NUMBER (312) 726-3800 |
|---|---|

ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? (Enter "Y" or "N")  Y

ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? (Enter "Y" or "N")  Y

ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? (Enter "Y" or "N")  Y

IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? (Enter "Y" or "N")  Y

IF THIS IS A CRIMINAL CASE, USE AN "X" TO DESCRIBE YOUR STATUS IN THIS CASE.

RETAINED COUNSEL                APPOINTED COUNSEL