JPL/rf                                                                                             547-1

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | | |
|---|---|---|
| DANIEL B. McDONALD, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. 08-cv-4088 |
| | ) | |
| STRATA-G, LLC and DANIEL H. HURST, Individually, | ) | Judge Robert W. Gettleman |
| | ) | |
| Defendants. | ) | |

## NOTICE OF MOTION

TO: Karl W. Roth
Michelle L. Martin
**THE ROTH LAW GROUP, LLC**
111 W. Washington St., Suite 1437
Chicago, IL 60602

On **August 7, 2008**, at **9:15 a.m.**, or as soon thereafter as counsel may be heard, we shall appear before the Honorable Judge Robert W. Gettleman, or any judge sitting in his stead in Courtroom 1703 of the United States District Court, Northern District of Illinois, located at 219 South Dearborn Street, Chicago, Illinois, and then and there present, on behalf of the Defendants, STRATA G, LLC and DANIEL H. HURST, their **Motion to Dismiss for Lack of Personal Jurisdiction, to Transfer Venue or, in the Alternative, to Dismiss**, a copy of which is attached hereto and hereby served upon you.

STRATA-G, LLC and DANIEL H. HURST

/s/ John P. Lynch, Jr.
John P. Lynch, Jr.
**CREMER, KOPON, SHAUGHNESSY & SPINA, LLC**
180 North LaSalle Street, Suite 3300
Chicago, Illinois 60601
(312) 980-3018

## PROOF OF SERVICE

Regina Fuller, a non-attorney, certify that I served the foregoing Notice of Motion and the documents referred to therein by electronic filing a copy to the above named parties identified above on the 24th day of July, 2008, Chicago, Illinois.

Regina Fuller

Subscribed and sworn to before me this 24th day of July 2008.

"OFFICIAL SEAL"
JUDITH ANN NALOMSKI
Notary Public, State of Illinois
My Commission Expires 10/05/2010