IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| DANIEL B. MCDONALD,            )<br>                                                 )<br>            Plaintiffs,            )<br>                                                 )<br>vs.                                             )<br>                                                 )<br>STRATA G, LLC, and DANIEL H.    )<br>HURST, Individually,               )<br>                                                 )<br>            Defendants.            ) | Case No.: 08-cv-4088<br><br>Judge Gettleman<br>Magistrate Judge Nolan |

## NOTICE OF MOTION

TO:   John P. Lynch, Jr.
       Kimberly A. Ross
       Cremer, Kopom, Shaughnessy & Spina, LLC
       180 N. LaSalle St., Ste. 3300
       Chicago, IL 60601

                                                        By:  /s/ Karl W. Roth
                                                        One of Plaintiff's Attorneys

    On **August 7, 2008 at 9:15 a.m.** or as soon thereafter as counsel may be heard, we shall appear before the Judge occupying Room 1703, in the United States District Court for the Northern District of Illinois, and we will then and there present Plaintiff's **Motion to Remand**, a copy of which is attached hereto.

Karl W. Roth
THE ROTH LAW GROUP LLC
Attorneys for Plaintiff
111 W. Washington St., Ste. 1437
Chicago, IL  60602
(312) 419-9599