UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 3.2.1
Eastern Division

Daniel B. McDonald
                                Plaintiff,

v.                                            Case No.: 1:08−cv−04088
                                              Honorable Robert W. Gettleman

Strata G, LLC, et al.
                                Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Thursday, August 7, 2008:

      MINUTE entry before the Honorable Robert W. Gettleman: Motion hearing held on 8/7/2008 regarding motion to dismiss [7] and motion to remand [10]. Supplemental response to motion to remand is due by 8/28/2008. Reply is due by 9/18/2008. Status hearing set for 10/15/2008 at 9:00 a.m. Defendant's motion to dismiss is continued to 10/15/2008, at 9:00 a.m. The Court grants leave to take a telephone deposition. Mailed notice (gds, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.